IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LOUIS E. JOHNSON,

    Petitioner,

-vs-

USA,

    Respondent.                           No. 13-cv-237-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on August 6, 2013, Petitioner's Motion is **DENIED** and Petitioner's cause of action is **DISMISSED** with prejudice.

                                        NANCY J. ROSENSTENGEL,
                                        CLERK OF COURT

                                        BY:  *s/Sara Jennings*
                                                  Deputy Clerk

Dated:  August 7, 2013

                              Digitally signed by
                              David R. Herndon
                              Date: 2013.08.07
APPROVED:              14:14:51 -05'00'
            CHIEF JUDGE
            U. S. DISTRICT COURT